```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 18249
    DARRIN J SHAHID
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-8492


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/05/2007 and was not confirmed.

     The case was dismissed without confirmation 11/19/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC  UNSECURED         271.04           .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         245.05           .00            .00
WELLS FARGO HOME MORTGAG  NOTICE ONLY    NOT FILED           .00            .00
CAPITAL ONE               UNSECURED        1461.19           .00            .00
ASSET ACCEPTANCE LLC      UNSECURED        1103.27           .00            .00
WELLS FARGO HOME MORTGAG  CURRENT MORTG       .00            .00            .00
WELLS FARGO HOME MORTGAG  SECURED NOT I  10694.74            .00            .00
RMI/MCSI                  UNSECURED         250.00           .00            .00
JEFFREY D THAV            DEBTOR ATTY        .00                            .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                         --------------    --------------
TOTALS                       .00                 .00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 18249 DARRIN J SHAHID

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE